AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE MANUEL PONCE-MACARENO (1)

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1341-LAB

I, JOSE MANUEL PONCE-MACARENO, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on April 29, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

José Manuel Ponce
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer

MB