UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
Plaintiff )
vs. )
JUSE MANUEL PONCE-MACARENO )
Defendant(s) )

CRIMINAL NO. 08MJ1170

ORDER

RELEASING MATERIAL WITNESS

Booking No.

2008 APR 30 AM 3:

On order of the United States District/Magistrate Judge, **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

RODRIGO RUIZ-PADILLA

DATED: 4·29·2008

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________
**DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** R. Mulli
**Deputy Clerk**



✩ U.S. GPO: 2003-581-774/70082